■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL WAYNE JAMES, Also Known as WAYNE JAMES, Appellant. —Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered November 8, 1989, convicting him of sexual abuse in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The hearing court properly ruled that the defendant was not deprived of his statutory right to a speedy trial in violation of CPL 30.30. Contrary to the defendant's contention, the evidence established that the police exercised due diligence in attempting to locate him *(see, People v Jackson,* 150 AD2d 609; *People v Lugo,* 140 AD2d 715; *People v Hutchenson,* 136 AD2d 737; *People v Macklowe,* 131 AD2d 785; *People v Taylor,* 127 AD2d 714). Further, the defendant's actions strongly suggested that he fled the jurisdiction to avoid prosecution *(see, People v Jackson, supra; People v Mitchell,* 106 AD2d 478). Lastly, the evidence established that out-of-State law enforcement authorities thwarted the People's repeated efforts to

return the defendant to New York once he was discovered in Maryland *(see, People v Jackson,* 150 AD2d 609, *supra; People v Jackson,* 142 AD2d 597; *People v Leftwich,* 126 AD2d 748; *People v Mucciolo,* 104 AD2d 905).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Lawrence, J. P., Copertino, Pizzuto and Santucci, JJ., concur.